Dismissed and
Memorandum Opinion filed May 27, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00120-CV

____________

 

CAMERON MCGILVRAY, Appellant

 

V.

 

JACKIE MCGILVRAY, Appellee

 

 

 



On Appeal from the 306th District Court

Galveston County, Texas

Trial Court Cause No. 03FD1775 

 

 

 



M E M O R
A N D U M   O P I N I O N

            This is an appeal from a judgment signed November 12, 2009. 
The clerk’s record was filed on March 5, 2010.  No reporter’s record was filed. 
No brief was filed.

            On April 15, 2010, this Court issued an order stating that
unless appellant submitted his brief, together with a motion reasonably
explaining why the brief was late, on or before May 17, 2010, the Court would
dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).








Appellant filed no
response.

            Accordingly, the appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices Brown,
Sullivan, and Christopher.